

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-24-2007

# In Re: DiModica

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2965

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: DiModica " (2007). *2007 Decisions.* Paper 387.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/387

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-131                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2965

_____

IN RE: VINCENT DIMODICA,
                                                    Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 00-cv-01272)

_____

Submitted Under Rule 21, Fed. R. App. Pro.
Before: SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

(Filed: September 24, 2007)
_____

OPINION
_____

PER CURIAM.

Vincent DiModica, a prisoner at the Federal Correctional Institution at

Otisville, New York, filed a petition in this Court on June 29, 2007, requesting a writ of

mandamus directing the United States District Court for the District of New Jersey to act

upon his motion to vacate his sentence. On July 31, 2007, the District Court issued an

order denying the motion. We will therefore deny the petition for a writ of mandamus as

moot.

1